# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 15cr10302 |
| v. | ) |
| | ) Violations: |
| 1. Dedwin Cruz-Rivera, a/k/a "Cua"; | ) |
| | ) 21 U.S.C. § 846 – Conspiracy to Possess with Intent to Distribute and to Distribute a Controlled Substance, to wit Heroin and Fentanyl |
| 2. Eric Matos, a/k/a "Eri"; | ) |
| 3. Miguelina Mejia Ruiz, a/k/a "Doris Mejia"; | ) 21 U.S.C. § 841 – Distribution of Heroin |
| 4. Manuel Romero-Gonsalez, a/k/a "Pablo," a/k/a "Pololo," a/k/a "Emanuel Cruz-Sanchez," a/k/a "Louis Ramos-Avila"; | ) 21 U.S.C. § 841 – Possession with Intent to Distribute a Controlled Substance, to wit Fentanyl |
| 5. Maria Elena Ocasio, a/k/a "Nana"; | ) 21 U.S.C. § 853 – Criminal Forfeiture Allegation |
| 6. Christian Sostre, a/k/a "Cristian"; | ) |
| 7. Cory S. Nickerson; | ) |
| 8. Oniel Rivera; | ) |
| 9. Julio C. Ocasio, a/k/a "J.C."; | ) |
| 10. Xavier Ramos, a/k/a "Nuni"; | ) |
| 11. Maria Rodriguez; | ) |
| 12. William M. Rodriguez; | ) |
| 13. Lindsay Ann Belisle; | ) |
| 14. John A. Gray, Jr.; | ) |
| 15. Jose O. Perez; | ) |

| | | |
|---|---|---|
| 16. | Kelly Patterson; | ) |
| 17. | Jorge Vega; | ) |
| 18. | Jose A. Rodriguez; | ) |
| 19. | Christopher Perez; | ) |
| 20. | Steven M. Enos; | ) |
| 21. | Philip Malaguti; | ) |
| 22. | Luz Gonzalez, a/k/a "Tita"; | ) |
| 23. | Francis Gonsalez-Romero, a/k/a "Tatin," a/k/a "Juan Carlos Melendez Mejias"; | ) |
| 24. | Kelly Jean Gagnon; and | ) |
| 25. | Joseph W. Parsons, a/k/a "Junior," | ) |
| | Defendants. | ) |

## INDICTMENT

**COUNT ONE:** (Title 21, United States Code, Section 846 – Conspiracy to Possess With Intent to Distribute and to Distribute a Controlled Substance, to wit Heroin and Fentanyl)

The Grand Jury charges that:

From a date unknown to the Grand Jury, but at least from in or about July 2014, and continuing thereafter until at least on or about September 23, 2015, at Lawrence, Fall River, New Bedford, Taunton, Marshfield, and elsewhere in the District of Massachusetts, and in Providence, in the District of Rhode Island, and elsewhere,

1. Dedwin Cruz-Rivera, a/k/a "Cua";
2. Eric Matos, a/k/a "Eri";
3. Miguelina Mejia Ruiz, a/k/a "Doris Mejia";
4. Manuel Romero-Gonsalez, a/k/a "Pablo," a/k/a "Pololo," a/k/a "Emanuel Cruz-Sanchez," a/k/a "Louis Ramos-Avila";
5. Maria Elena Ocasio, a/k/a "Nana";
6. Cristian Sostre, a/k/a "Christian";
7. Cory S. Nickerson;
8. Oniel Rivera;
9. Julio C. Ocasio, a/k/a "J.C.";
10. Xavier Ramos, a/k/a "Nuni";
11. Maria Rodriguez;
12. William M. Rodriguez;
13. Lindsay Ann Belisle;
14. John A. Gray, Jr.;
15. Jose O. Perez;
16. Kelly Patterson;
17. Jorge Vega;
18. Jose A. Rodriguez;
19. Christopher Perez;
20. Steven M. Enos;
21. Philip Malaguti;
22. Luz Gonzalez, a/k/a "Tita";
23. Francis Gonsalez-Romero, a/k/a "Tatin," a/k/a "Juan Carlos Melendez Mejias";
24. Kelly Jean Gagnon; and
25. Joseph W. Parsons, a/k/a "Junior,"

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree, with each other and with other persons known and unknown to the Grand Jury, to possess with intent to distribute, and to distribute, a controlled substance, to wit heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count One involved one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(i) is applicable to this Count.

It is further alleged that, with respect to Count One, one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, is attributable to, and was reasonably foreseeable by, **1. Dedwin Cruz-Rivera, a/k/a "Cua."** Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(i) is applicable to defendant **1. Dedwin Cruz-Rivera, a/k/a "Cua."**

It is further alleged that, with respect to Count One, one hundred grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, is attributable to, and was reasonably foreseeable by, **14. John A. Gray, Jr.** Accordingly, Title 21, United States Code, Section 841(b)(1)(B)( i) is applicable to defendant **14. John A. Gray, Jr.**

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO:** **(Title 21, United States Code, Section 841(a)(1) – Distribution of Heroin)**

The Grand Jury further charges that:

On or about November 4, 2014, at Taunton, in the District of Massachusetts,

**12.** **William M. Rodriguez,**

defendant herein, did knowingly and intentionally distribute heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT THREE:**   (Title 21, United States Code, Section 841 – Distribution of a Controlled Substance)

The Grand Jury further charges that:

On or about July 6, 2015, at Raynham, in the District of Massachusetts, and elsewhere,

    2.    **Eric Matos, a/k/a "Eri," and**
    3.    **Miguelina Mejia Ruiz, a/k/a "Doris Mejia,"**

defendants herein, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## DRUG FORFEITURE ALLEGATION
### (Title 21, United States Code, Section 853)

The Grand Jury further alleges that:

1. Upon conviction of one or more of the offenses alleged in Counts One through Three of the Indictment,

      1. Dedwin Cruz-Rivera, a/k/a "Cua";
      2. Eric Matos, a/k/a "Eri";
      3. Miguelina Mejia Ruiz, a/k/a "Doris Mejia";
      4. Manuel Romero-Gonsalez, a/k/a "Pablo," a/k/a "Pololo," a/k/a "Emanuel Cruz-Sanchez," a/k/a "Louis Ramos-Avila";
      5. Maria Elena Ocasio, a/k/a "Nana";
      6. Cristian Sostre, a/k/a "Christian";
      7. Cory S. Nickerson;
      8. Oniel Rivera;
      9. Julio C. Ocasio, a/k/a "J.C.";
      10. Xavier Ramos, a/k/a "Nuni";
      11. Maria Rodriguez;
      12. William M. Rodriguez;
      13. Lindsay Ann Belisle;
      14. John A. Gray, Jr.;
      15. Jose O. Perez;
      16. Kelly Patterson;
      17. Jorge Vega;
      18. Jose A. Rodriguez;
      19. Christopher Perez;
      20. Steven M. Enos;
      21. Philip Malaguti;
      22. Luz Gonzalez, a/k/a "Tita";
      23. Francis Gonsalez-Romero, a/k/a "Tatin," a/k/a "Juan Carlos Melendez Mejias";
      24. Kelly Jean Gagnon; and
      25. Joseph W. Parsons, a/k/a "Junior,"

defendants herein, shall forfeit to the United States, jointly and severally, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds any of the defendants obtained, directly or indirectly, as a result of the offenses, and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the

commission of, such offenses.

2. If any of the forfeitable property described in paragraph 1 above, as a result of any act or omission of any defendant,

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1 above.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

Katherine Ferguson
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS; September 30, 2015

Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK

11:37A